124

695 A.2d 782

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Liu XIANGRONGO, Petitioner.**

Supreme Court of Pennsylvania.

July 1, 1997.

William R. Bernhart, Reading, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of July, 1997, the Petition for Allowance of Appeal is granted. The order of the Superior Court is vacated, and the case is remanded to the Superior Court for consideration of the appeal on its merits.